In the matter of the appeal from the decree of the prerogative court affirming an order of the orphans' court of Essex county admitting to probate a certain paper-writing as the last will and testament of CATHERINE SCHNEBEL, deceased.

[Decided May 20th, 1929.]

*Messrs. O'Toole & O'Brien,* for the appellants.

*Messrs. Donohue & O'Brien,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Church, and reported in *141 Atl. Rep. 313.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, HETFIELD, DEAR, JJ. 12.

*For reversal*—PARKER, KAYS, JJ. 2.